PROB 12C
(7/93)

Report Date: October 17, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Freddie Bernal                    Case Number: 2:14CR00073-RMP-1

Address of Offender: ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: February 29, 2012

| | | |
|---|---|---|
| Original Offense: | Willful Injury to Property of the United States, 18 U.S.C. § 1361; and False Statement, 18 U.S.C. § 1001(a)(2) | |
| Original Sentence: | Prison: 36 months; TSR: 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: December 13, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 12, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Bernal failed to notify the undersigned officer at least 10 days prior to any change in employment, in violation of standard condition #6.

In an attempt to locate Mr. Bernal, the undersigned officer called Arby's restaurant in Clarkston, Washington, on October 6, 2014. This was Mr. Bernal's last known employer. The employer stated Mr. Bernal had not worked for Arby's since September 21, 2014. Mr. Bernal failed to notify the undersigned officer of any change in employment status until he was questioned about the employment change on October 7, 2014, by the undersigned officer.

2    **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

Prob12C
**Re: Bernal, Freddie**
**October 17, 2014**
**Page 2**

| | |
|---|---|
| 3 | **Special Condition # 15**: You shall participate in a program of drug/alcohol abuse treatment, including urinalysis testing, as directed by the probation officer. Cost of the treatment and testing to be paid by the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Mr. Bernal failed to report as directed for urinalysis testing on September 25, and October 2, 2014, in violation of special condition #15.

Mr. Bernal submitted to a urine test at the vendor site on October 13, 2014, as directed. The sample was sent to the laboratory for a full panel test. The report was returned from Sterling Reference Laboratories on October 16, 2014. The report revealed Mr. Bernal tested positive for methadone, an illegal controlled substance. The report also indicated the positive result was not consistent with Mr. Bernal's listed medications.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/17/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/17/2014
Date