PROB 12C  
(7/93)

Report Date: December 3, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Freddie Bernal  Case Number: 2:14CR00073-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: February 29, 2012

| | | |
|---|---|---|
| Original Offense: | Willful Injury to Property of the United States, 18 U.S.C. § 1361; and False Statement, 18 U.S.C. § 1001(a)(2) | |
| Original Sentence: | Prison 36 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy Ohms | Date Supervision Commenced: December 13, 2013 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: December 12, 2016 |

### PETITIONING THE COURT

**To request a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on October 17, 2014.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You shall participate in a program of drug/alcohol abuse treatment, including urinalysis testing, as directed by the probation officer. Cost of the treatment and testing to be paid by the defendant and the government based upon the defendant's ability to pay. |
| | **Supporting Evidence**: Mr. Bernal failed to comply with his drug/alcohol abuse treatment by being terminated from intensive inpatient treatment on December 1, 2014, in violation of special condition #15. |

Prob12C
**Re: Bernal, Freddie**
**December 3, 2014**
**Page 2**

According to Mr. Bernal's treatment provider at The Center treatment facility, Mr. Bernal was terminated from intensive inpatient treatment for continually violating treatment facility rules, to include threatening another patient at the facility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/3/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/3/2014

Date