# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

September 08, 2015

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

The Honorable Rosanna Malouf Peterson
Chief U.S. District Judge
Thomas S. Foley United States Courthouse
920 West Riverside Avenue
Spokane, WA 99201-1010

**RE:** Bernal, Freddie
**DOCKET NO.: 2:14CR00073-RMP-1**
<u>**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**</u>

Dear Judge Peterson:

Freddie Bernal began his 32-month term of supervised release on August 13, 2015, after serving a 4-month revocation sentence for failing to report a change in employment, using controlled substances, failing to submit to urinalysis testing as directed, and failing to participate in required drug treatment.  As a special condition of Mr. Bernal's supervised release, he began his placement at the residential reentry center (RRC) on August 13, 2015.

Mr. Bernal has been able to secure appropriate housing with his girlfriend, Brittany Cervantes, in Lewiston, Idaho.  The undersigned officer submitted Mr. Bernal's release request plan to the District of Idaho for investigation and possible acceptance.  The plan has been accepted and Mr. Bernal has been approved to reside in the District of Idaho, upon release from the RRC.

It appears that Mr. Bernal has found an appropriate release address and the undersigned officer respectfully requests that he be released from the RRC program.  This will enable Mr. Bernal to start his chemical dependency treatment in the District of Idaho as well as look for employment in that area.

Should Your Honor require a different course of action, or a court appearance by Mr. Bernal, please advise the undersigned officer.

> Respectfully submitted,
>
> Matthew L. Thompson
> Chief U.S. Probation Officer
>
> s/Patrick J. Dennis          9/8/2015
> Patrick J. Dennis            Date
> U.S. Probation Officer

APPROVED BY:

s/Shane Moore          9/08/2015
Shane Moore            Date
Supervising U.S. Probation Officer

PJD:sa


THE COURT ORDERS

[ ]  No Action
[X]  Release from Residential Reentry Center Placement
[ ]  Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

9/8/2015
Date